UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLOAN MANNING,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT,<br><br>        Defendant. | Civil Action No. 25-0342 (CKK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Partial Motion to Dismiss, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Plaintiff's Complaint is dismissed in part.


SO ORDERED:


_____                            _____
Date                                                                COLLEEN KOLLAR-KOTELLY
                                                                            United States District Judge