UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SLOAN D. MANNING,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT,<br><br>  Defendant. | Civil Action No. 25-0342 (CKK) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Xinyu Yang and remove the appearance of Assistant United States Attorney Erika Kirstie Oblea as counsel for Defendant U.S. Office of Personnel Management in the above-captioned case.

Dated: January 2, 2026                    Respectfully submitted,

                                          By:     /s/ Xinyu Yang
                                                Xinyu Yang, Texas Bar #24098643
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, DC 20530
                                                202-252-7225
                                                Xinyu.Yang@usdoj.gov

                                          *Attorney for the United States of America*