**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SLOAN MANNING,<br>Plaintiff,<br>v.<br>UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,<br>Defendant. | Civil Action No. 25-0342 (CKK) |

**ORDER**
(September 29, 2026)

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that Defendant's [10] Motion to Dismiss in Part is GRANTED.

COUNT ONE of Mr. Manning's Complaint is DISMISSED as to his claims under Section 1557 of the Affordable Care Act. Mr. Manning's claims under Title VII of the Civil Rights Act of 1964 may proceed.

COUNT TWO of Mr. Manning's Complaint is DISMISSED in full.

COUNT THREE of Mr. Manning's Complaint is DISMISSED as to his claims under Section 1557 of the Affordable Care Act and the Americans with Disabilities Act. Mr. Manning's claims under the Rehabilitation Act of 1973 may proceed.

COUNT FOUR of Mr. Manning's Complaint is DISMISSED in full.

**SO ORDERED.**

**Dated:** September 29, 2026

COLLEEN KOLLAR-KOTELLY
United States District Judge